**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

**NORTHERN DISTRICT OF ILLINOIS**

Case number (if known): _____  Chapter __11__

☐ Check if this is an amended filing

Official Form 201

## Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, Instructions for Bankruptcy Forms for Non-Individuals, is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **BHF Chicago Housing Group C LLC** |
| 2. | **All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number (EIN)** | 3  8 – 4  0  5  4  5  4  1 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **4 Dunbar Road** | |
| Number   Street | Number   Street |
| | P.O. Box |
| **Palm Beach Gardens   FL   33418** | |
| City   State   ZIP Code | City   State   ZIP Code |
| **Cook** | **Location of principal assets, if different from principal place of business** |
| County | |
| | **See attached list.** |
| | Number   Street |
| | City   State   ZIP Code |

5. **Debtor's website (URL)** _____

6. **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor   **BHF Chicago Housing Group C LLC** _____   Case number (if known) _____

| | | |
|---|---|---|
| **7.** | **Describe debtor's business** | **A.** *Check one:* |

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☒ None of the above

**B.** *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

**C.** NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes

____ ____ ____ ____

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7
☐ Chapter 9
☒ Chapter 11   *Check all that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, AND IT CHOOSES TO PROCEED UNDER SUBCHAPTER V OF CHAPTER 11. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

Debtor   **BHF Chicago Housing Group C LLC** _____   Case number (if known) _____

| | | |
|---|---|---|
| 9. | **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**<br><br>If more than 2 cases, attach a separate list. | ☑ No<br>☐ Yes. District _____ When _____ Case number _____<br>          MM / DD / YYYY<br>District _____ When _____ Case number _____<br>          MM / DD / YYYY<br>District _____ When _____ Case number _____<br>          MM / DD / YYYY |
| 10. | **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**<br><br>List all cases. If more than 1, attach a separate list. | ☐ No<br>☑ Yes. Debtor **Lindran Properties, LLC** _____ Relationship **Affiliate** ____<br>District **Northern District of Illinois** _____ When **01/31/2020**<br>                                                                MM / DD / YYYY<br>Case number, if known **20-02834** _____<br><br>Debtor **BHF Chicago Housing Group B LLC** _____ Relationship **Affiliate** ____<br>District **Northern District of Illinois** _____ When **06/15/2020**<br>                                                                MM / DD / YYYY<br>Case number, if known **20-12453** _____ |
| 11. | **Why is the case filed in *this district?*** | Check all that apply:<br><br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br><br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |

Debtor   **BHF Chicago Housing Group C LLC** _____   Case number (if known) _____

| | | |
|---|---|---|
| **12.** | **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No<br>☐ Yes. Answer below for each property that needs immediate attention.  Attach additional sheets if needed. |

**Why does the property need immediate attention?**   *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
_____

☐ Other _____

**Where is the property?**   _____

Number      Street

_____

City                          State      ZIP Code

**Is the property insured?**

☐ No
☐ Yes.   Insurance agency   _____

Contact name   _____

Phone   _____

---

## Statistical and adminstrative information

| | | |
|---|---|---|
| **13.** | **Debtor's estimation of available funds** | *Check one:*<br>☐ Funds will be available for distribution to unsecured creditors.<br>☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |

**14.   Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☑ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15.   Estimated assets**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

**16.   Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☑ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

Debtor  **BHF Chicago Housing Group C LLC** _____  Case number (if known) _____

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime.  Making a false statement in connection with a bankruptcy case can result in fines up to
$500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

| | |
|---|---|
| 17.  **Declaration and signature of authorized representative of debtor** | ■  The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. |
| | ■  I have been authorized to file this petition on behalf of the debtor. |
| | ■  I have examined the information in this petition and have a reasonable belief that the information is true and correct. |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **09/01/2020**_____
 MM / DD / YYYY

X  **/s/ Andrew Belew**_____
 Signature of authorized representative of debtor
 **Andrew Belew**_____
 Printed name
 **President, BHF as Manager**_____
 Title

18.  **Signature of attorney**     X  **/s/ Kevin H. Morse**_____  Date  **09/01/2020**_____
 Signature of attorney for debtor                            MM / DD / YYYY

 **Kevin H. Morse**_____
 Printed name
 **Clark Hill PLC**_____
 Firm name
 **130 E. Randolph St., Suite 3900**_____
 Number        Street

 _____

 **Chicago**_____  **IL**_____  **60601**_____
 City                                          State        ZIP Code

 **(312) 985-5556**_____  **kmorse@clarkhill.com**_____
 Contact phone                                Email address
 **06297244**_____  **IL**_____
 Bar number                                   State

**EXHIBIT A**

**LIST OF PROPERTIES**

| ADDRESS | PIN(s) |
|---------|--------|
| 1418 E 67th Pl | 20-23-402-010 |
| 3652-54 S Indiana Avenue | 17-34-308-024-0000 and 17-34-308-025-0000 |
| 3656-58 S Indiana Avenue | 17-34-308-026-0000 |
| 444-46 E 50th / 4952-56 S Vincennes Avenue | 20-10-216-042-0000 |
| 4956-58 S Michigan Avenue | 20-10-113-037-0000 |
| 5715-17 S Indiana Avenue | 20-15-116-003-0000 and 20-15-116-004-0000 |
| 63-73 E 69th / 6900-08 S Michigan Avenue | 20-22-313-023-0000 |
| 6605-7 S Greenwood Avenue | 20-23-125-002-0000 |
| 6609-11 S Greenwood Avenue | 20-23-125-003-0000 |
| 6800 S Clyde Avenue | 20-24-408-013-0000 |
| 734-736 E 95th Street | 25-03-433-021-0000 |
| 8056 S Ellis Avenue | 20-35-110-027-0000 |
| 8100 S Evans Avenue | 20-34-222-018-0000 |
| 8200 S Evans Avenue | 20-34-230-014-0000 |
| 9032-34 S Dauphin Avenue | 25-02-112-015 |
| 9300 S Bishop Street | 25-05-318-018-0000 |
| 9942 S Walden Parkway | 25-07-402-020-0000 |
| 3652-54 S Indiana Avenue | 17-34-308-024-0000 and 17-34-308-025-0000 |
| 3656-58 S Indiana Avenue | 17-34-308-026-0000 |

A-1

**Fill in this information to identify the case:**

Debtor name   **BHF Chicago Housing Group C LLC**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF ILLINOIS**

Case number
(if known)

☐ Check if this is an
amended filing

Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case.  Include claims which the debtor disputes.  Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claims resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim. If the claim is fully unsecured, fill in only unsecured claim amount.  If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1  UMB Bank, N.A., as Successor Trustee c/o Michael Slade 120 6th Street, Suite 1400 Minneapolis, MN 55402- | | Mortgage | | 19,040,000.00 | $4,500,000.00 | 14,540,000.00 |
| 2  The Lynd Company 4499 Pond Hill Road Shavano Park, TX 78231 | | Trade Debt | | | | $13,890.37 |
| 3  Nonstop Locksmith 1310 W. Madison St. Chicago, IL 60607 | | Trade Debt | | | | $10,179.63 |
| 4  Pest Management Services Inc. 12761 Western Avenue Blue Island, IL 60647 | | Trade Debt | | | | $2,956.00 |
| 5  HD Supply/Peachtree Business Products 1940 W Oak Circle Marietta, GA 30062 | | Trade Debt | | | | $2,923.57 |

Debtor    **BHF Chicago Housing Group C LLC**    Case number (if known) _____
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 6    Lakeshore Recycling Systems 6132 Oakton Street Morton Grove, IL 60053 | | Trade Debt | | | | $2,631.00 |
| 7    RealPage One 2201 Lakeside Blvd. Richardson TX 75082 | | Trade Debt | | | | $1,385.58 |
| 8    Aspire Realty Group 5875 N Lincoln Ave Chicago IL 60659 | | Trade Debt | | | | $704.25 |
| 9    BG Personnel LP dba BG Multifamily 27475 Ferry Road Warrenville, IL 60555 | | Trade Debt | | | | $270.27 |
| 10    Office Depot 6600 Military Trail Boca Raton FL 33496 | | Trade Debt | | | | $257.60 |
| 11    Digital Business Technologies 5021 Chase Ave. Downers Grove, IL 60515 | | Trade Debt | | | | $68.00 |

| Fill in this information to identify the case and this filing: |
| --- |

Debtor Name    BHF Chicago Housing Group C LLC (Ernst)

United States Bankruptcy Court for the: Northern _____ District of Illinois

(State)

Case number (*If known*): _____

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* _____

☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    08/31/2020            ✖  *Andrew Belew*
               MM / DD / YYYY           Signature of individual signing on behalf of debtor

                                        Andrew Belew
                                        Printed name

                                        President, Better Housing Foundation, Inc., as Manager
                                        Position or relationship to debtor

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION (CHICAGO)**

IN RE:   **BHF Chicago Housing Group C LLC**                    CASE NO

                                                               CHAPTER    **11**

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.


Date  9/1/2020 _____       Signature  **/s/ Andrew Belew** _____
                                                        **Andrew Belew**
                                                        **President, BHF as Manager**



Date _____             Signature _____

A. Brown-James
8100 S. Evans
Unit 715-1
Chicago, IL 60619


Adrienne Bard
9942 S. Waldren Pkwy
GW
Chicago, IL 60643


Alexis Austin
6900 S. Michigan
Unit 71-1
Chicago, IL 60637


Amber Goodman
1443 W. 93rd
Unit 2
Chicago, IL 60620


Arthur Hilliard
8056 S. Ellis Ave.
Unit 8058-2
Chicago, IL 60619


Aspire Realty Group
5875 N Lincoln Ave
Chicago IL 60659


Begay Gabrille
6900 S. Michigan
Unit 6902-2
Chicago, IL 60637


Betty Overton
6900 S. Michigan
Unit 65-1
Chicago, IL 60637


BG Personnel LP dba BG Multifamily
27475 Ferry Road
Warrenville, IL 60555

Brandy Duncan
6900 S. Michigan
Unit 6906-3
Chicago, IL 60637


C. Washington
8056 S. Ellis Ave.
Unit 8058-1
Chicago, IL 60619


City of Chicago - Legal Department
c/o Greg Janes
30 N. LaSalle Street, Suite 700
Chicago, IL 60602-2503


City of Chicago - Water Department
121 N. LaSalle Street, Room 107A
Chicago, IL 60602-1232


Clifton Clair
6800 S. Clyde
Unit 6802-2
Chicago, IL 60649


CNR Realty Advisors, LLC
325 W. Huron Street, Ste 708
Chicago, IL 60654


Community Initiatives, Inc.
222 S. Riverside Plaza, Suite 380
Chicago, IL 60606-7801


Cook County Treasurer's Office
118 N. Clark Street, Room 112
Chicago, IL 60602-1590


Crystal Hall
6900 S. Michigan
Unit 63-3
Chicago, IL 60637

```
D. Steward
8201 S. Evans
Unit 717-2
Chicago, IL 60619


Darrell Powell-Lee
4956 S. Vincennes
Unit 2E
Chicago, IL 60615


Deondre Hall
6800 S. Clyde
Unit 2049-3
Chicago, IL 60649


Derious Smith
6900 S. Michigan
Unit 71-2
Chicago, IL 60637


Digital Business Technologies
5021 Chase Ave.
Downers Grove, IL 60515



Dorian Nelson
5715 S. Indiana Ave.
Unit 1N
Chicago, IL 60637


Douglas Gleghorn
6800 S. Clyde
Unit 2049-1
Chicago, IL 60649


Drukuryea Smith
6800 S. Clyde
Unit 2055-2
Chicago, IL 60649


Eboni & Issachar Garner Humphrey
4956 S. Vincennes
Unit 4W
Chicago, IL 60615
```

Eugene Goodman
1445 W. 93rd
Unit 2
Chicago, IL 60620


Frank Ottman
6900 S. Michigan
Unit 6906-2
Chicago, IL 60637


Gaines Webster
1439 W. 93rd
Unit 3
Chicago, IL 60620


Gath Petterson
5715 S. Indiana Ave.
Unit G
Chicago, IL 60637


Harvey Angline
1448 E. 67th Place
Unit 1418-1
Chicago, IL 60637


HD Supply/Peachtree Business Products
1940 W Oak Circle
Marietta, GA 30062


Henrietta Ford
8056 S. Ellis Ave.
Unit 948-1
Chicago, IL 60619


Howard McDowell
6800 S. Clyde
Unit 6800-2
Chicago, IL 60649


J. Johnson
8206 S. Evans
Unit 723-2
Chicago, IL 60619

Jai Crutcher
1439 W. 93rd
Unit 1
Chicago, IL 60620


James Allen
8209 S. Evans
Unit 8206-2
Chicago, IL 60619


James Rogers
8208 S. Evans
Unit 8206-1
Chicago, IL 60619


James Vasser
8100 S. Evans
Unit 723-3
Chicago, IL 60619


Janice O'Leary
1441 W. 93rd
Unit 1
Chicago, IL 60620


Jason Etheridge
9942 S. Waldren Pkwy
Unit 2W
Chicago, IL 60643


Jessica M. Thompson
1441 W. 93rd
Unit 3
Chicago, IL 60620


Jhewanda Ingram
1445 W. 93rd
Unit 3
Chicago, IL 60620


Joaquin Batalla
8204 S. Evans
Unit 721-3
Chicago, IL 60619

Jonathan Allen
6800 S. Clyde
Unit 2053-3
Chicago, IL 60649

Joshua Thomas
6800 S. Clyde
Unit 2049-2
Chicago, IL 60649

Julius Ross
6900 S. Michigan
Unit 6900-3
Chicago, IL 60637

Karen Jones
6607 S. Greenwood
Unit 1S
Chicago, IL 60637

Keenya Davies
3656 S. Indiana Ave.
Unit 2N
Chicago, IL 60653

Keisha & DeMitchel Hargon
4956 S. Vincennes
Unit 1W
Chicago, IL 60615

Keith Phillips
1443 W. 93rd
Unit 3
Chicago, IL 60620

Kelly Phillips
3658 S. Indiana Ave.
Unit 2S
Chicago, IL 60653

Kendra Isom
8056 S. Ellis Ave.
Unit 8058-3
Chicago, IL 60619

Kenneth Strauther
1439 W. 93rd
Unit 2
Chicago, IL 60620


Khalilah Ivey
6900 S. Michigan
Unit 73-3
Chicago, IL 60637


Kiera Williams
8056 S. Ellis Ave.
Unit 950-2
Chicago, IL 60619


L. Brown
8056 S. Ellis Ave.
Unit 8056-3
Chicago, IL 60619


Lakeshore Recycling Systems
6132 Oakton Street
Morton Grove, IL 60053



Larry Turner
6900 S. Michigan
Unit 6906-1
Chicago, IL 60637


Laura Boclair
8100 S. Evans
Unit 723-2
Chicago, IL 60619


Laura Henley and Ronald Clayton
9300 S. Bishop
GRDN
Chicago, IL 60620


Laura Wilson
3658 S. Indiana Ave.
Unit 3S
Chicago, IL 60653

Le'Undra & Ja'Lance Hunt
4956 S. Vincennes
Unit 1E
Chicago, IL 60615


Linda Moore
3652 S. Indiana Ave.
Unit 3
Chicago, IL 60653


Lolita Robinson
5717 S. Indiana Ave.
Unit 3S
Chicago, IL 60637


Luc Zoungrana
6607 S. Greenwood
Unit 2S
Chicago, IL 60637


Mia Williams
3652 S. Indiana Ave.
Unit 1
Chicago, IL 60653


N/A Smith-Smothers
8100 S. Evans
Unit 725-2
Chicago, IL 60619


Nonstop Locksmith
1310 W. Madison St.
Chicago, IL 60607


Nydra Murphy
8210 S. Evans
Unit 8206-3
Chicago, IL 60619


O. Spears
8100 S. Evans
Unit 725-1
Chicago, IL 60619

Office Depot
6600 Military Trail
Boca Raton FL 33496

Onice Slaughter
1448 E. 67th Place
Unit 1420-2
Chicago, IL 60637

Pamela Blackmon
6800 S. Clyde
Unit 6802-3
Chicago, IL 60649

Paper Street Realty LLC
1641 Carroll Ave., Suite 201
Chicago, IL 60612-2506

Pest Management Services Inc.
12761 Western Avenue
Blue Island, IL 60647

R. Carroll
1448 E. 67th Place
Unit 1418-2
Chicago, IL 60637

R. Jones
8203 S. Evans
Unit 719-3
Chicago, IL 60619

R. Moore
8202 S. Evans
Unit 717-3
Chicago, IL 60619

R. Moton
8056 S. Ellis Ave.
Unit 950-3
Chicago, IL 60619

R. Walker
8205 S. Evans
Unit 723-1
Chicago, IL 60619


RealPage One
2201 Lakeside Blvd.
Richardson TX 75082


Renee' Crutcher
1443 W. 93rd
Unit 1
Chicago, IL 60620


Robert McGraw
9300 S. Bishop
Unit 1N
Chicago, IL 60620


Robin Aaron
8207 S. Evans
unit 8204-1
Chicago, IL 60619


Rosalind Scott
6900 S. Michigan
Unit 6908-1
Chicago, IL 60637


Rushelle Jackson
3654 S. Indiana Ave.
Unit 1
Chicago, IL 60653


Russell Ford
9300 S. Bishop
Unit 3
Chicago, IL 60620


S. Braggs
8100 S. Evans
Unit 717-1
Chicago, IL 60619

Shantel Smith
6900 S. Michigan
Unit 63-1
Chicago, IL 60637


Sheila Finklea
6900 S. Michigan
Unit 65-2
Chicago, IL 60637


Sheila Gaines
1441 W. 93rd
Unit 2
Chicago, IL 60620


Shirval Moore
9942 S. Waldren Pkwy
Unit 1W
Chicago, IL 60643


Shonnial Roundtree
5717 S. Indiana Ave.
Unit 2S
Chicago, IL 60637


Stephanie Thorne
3654 S. Indiana Ave.
Unit 3
Chicago, IL 60653


T. Akons
8100 S. Evans
Unit 725-3
Chicago, IL 60619


T. Jeffries
8100 S. Evans
Unit 717-2
Chicago, IL 60619


T. Tucker
8056 S. Ellis Ave.
Unit 8056-1
Chicago, IL 60619

Tamika Johnson
6605 S. Greenwood
Unit 2N
Chicago, IL 60637


Taquana Edwards
9304 S. Bishop
Unit 3
Chicago, IL 60620


Tara Gilbert
9942 S. Waldren Pkwy
Unit 1E
Chicago, IL 60643


Terrence Hunt
1445 W. 93rd
Unit 1
Chicago, IL 60620


Teyania Hill
9304 S. Bishop
Unit 1
Chicago, IL 60620


The Lynd Company
4499 Pond Hill Road
Shavano Park, TX 78231


Tiffany Daveport
5715 S. Indiana Ave.
Unit 2N
Chicago, IL 60637


Tiffany Shelly
8211 S. Evans
Unit 8206-G
Chicago, IL 60619


Tracy Williams
6800 S. Clyde
Unit 6800-1
Chicago, IL 60649

Troy Love and Yolanda McMullan
9300 S. Bishop
Unit 2
Chicago, IL 60620

UMB Bank, N.A., as Successor Trustee
c/o Michael Slade
120 6th Street, Suite 1400
Minneapolis, MN 55402-1807

Vanessa McClendon
6900 S. Michigan
Unit 6900-1
Chicago, IL 60637

W. Brewer
8056 S. Ellis Ave.
Unit 948-2
Chicago, IL 60619

Wallace Ellison
6605 S. Greenwood
Unit 1N
Chicago, IL 60637

William Morton
8200 S. Evans
Unit 717-2
Chicago, IL 60619

Willie White
6800 S. Clyde
Unit 2055-1
Chicago, IL 60649

Yolanda Jackson
8100 S. Evans
Unit 715-3
Chicago, IL 60619

Yvonne Turner
5715 S. Indiana Ave.
Unit 3N
Chicago, IL 60637

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION (CHICAGO)**

IN RE:                                                                 CHAPTER   **11**

**BHF Chicago Housing Group C LLC**


DEBTOR(S)                                                          CASE NO

## LIST OF EQUITY SECURITY HOLDERS

| Registered Name of Holder of Security<br>Last Known Address or Place of Business | Class of Security | Number Registered | Kind of Interest Registered |
|---|---|---|---|
| Better Housing Foundation, Inc.<br>4 Dunbar Road<br>Palm Beach Gardens, FL 33418 | | 100% | Membership Interest |

**DECLARATION UNDER PENALTY OF PERJURY**
**ON BEHALF OF A CORPORATION OR PARTNERSHIP**

I, the _____ **President, BHF as Manager** _____ of the _____ **Corporation** _____
named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the
best of my information and belief.


Date:__ **9/1/2020** _____          Signature:__ **/s/ Andrew Belew** _____
                                                                                 *Andrew Belew*
                                                                                 **President, BHF as Manager**

### WRITTEN CONSENT OF SOLE MEMBER AND
### MANAGER OF BHF CHICAGO HOUSING GROUP C LLC

Pursuant to Illinois law, the undersigned, being the sole member and manager (the "***Manager***") of BHF Chicago Housing Group C LLC, an Illinois limited liability company (the "***Company***") hereby agrees to and adopts the following resolutions by written consent:

WHEREAS, the Manager of the Company has reviewed the financial records of the Company, has considered the business and financial condition of the Company, and is aware of the assets, liabilities, potential liabilities and liquidity of the Company; and has had the opportunity to consult with the management and advisors of the Company and fully considered all of the strategic alternatives available to the Company; and

WHEREAS, as a result of the Company's current financial situation, it appears that it may be necessary to file a reorganization of the Company under chapter 11 (the "***Bankruptcy***") of title 11 of the United States Code (the "***Bankruptcy Code***") in the United States Bankruptcy Court for the Northern District of Illinois or such other bankruptcy court in which venue may be proper (the "***Bankruptcy Court***").

IT IS THEREFORE, RESOLVED, that the Manager has determined in its judgment that it may be desirable and in the best interests of the Company, its creditors, and other interested parties to commence the Bankruptcy;

RESOLVED, that the President of the Manager is hereby authorized and empowered to execute and file on behalf of the Company all petitions, schedules, lists, motions, applications, pleadings and other papers or documents as necessary to commence the Bankruptcy, and to take any and all further acts and deeds that they deem necessary, proper, and desirable in connection with the Bankruptcy, with a view to the successful administration of such case;

RESOLVED, that the President of the Manager is authorized and empowered to, in the name and on behalf of the Company, to negotiate, make, execute and deliver, either jointly or severally, any and all debtor-in-possession documents related to the sale of the Company and/or its assets (the "***Sale***"), and any and all amendments, supplements, modifications, extensions, replacements, agreements, documents, and instruments relating to the foregoing, subject to the requisite Bankruptcy Court approval;

RESOLVED, that the law firm of Clark Hill PLC, and such other law firms as may be employed by the Company with the written approval of the President of the Manager, is hereby engaged as general bankruptcy counsel for the Company under general retainer in the Bankruptcy, subject to any requisite Bankruptcy Court approval;

RESOLVED, that the Company with the written approval of the President of the Manager, is hereby authorized to retain and employ a financial advisor and such other professionals as it deems necessary, proper or desirable during the course of the Bankruptcy, subject to any requisite Bankruptcy Court approval;

RESOLVED, that any and all actions taken by the President of the Manager, Manager, or representatives of the Company, for and on behalf of the Company and in the name of the Company, prior to the adoption of these resolutions, including, but not limited to, the negotiation of any documents related to the Sale, are hereby ratified, confirmed, and approved in all respects for all purposes; and

RESOLVED, that in addition to the specific authorizations herein conferred upon the President of the Manager, the President of the Manager is authorized and empowered, in the name of, and on behalf of, the Company, to take or cause to be taken any and all such further actions, to execute and deliver any and all such agreements, certificates, instruments, and other documents and to pay all expenses, including filing fees, in each case as in the President of the Manager's judgment shall be necessary or desirable to fully carry out the intent and accomplish the purposes of the foregoing resolutions, subject to any requisite Bankruptcy Court approval.

IN WITNESS WHEREOF, the undersigned Manager of the Company hereby evidences its written consent to the foregoing resolutions effective as of this 31st day of August, 2020.

> **BETTER HOUSING FOUNDATION, INC. AN OHIO NOT-FOR-PROFIT CORPORATION, AS SOLE MEMBER AND MANAGER OF BHF CHICAGO HOUSING GROUP C LLC,**
>
> By: _Andrew Belew_____
>      Andrew Belew,
>      President of Better Housing Foundation, Inc.

98307\407363\260405282.v1