## Morse, Kevin H.

| | |
|---|---|
| **From:** | Price, Kiefer <KPrice@hilcoglobal.com> |
| **Sent:** | Monday, October 12, 2020 4:13 PM |
| **To:** | showard@silvercapitalgroupllc.com |
| **Subject:** | BHF Portfolio C |

Sterling,

Please use the following to access the data room. Please let me know if you have any issues.

https://clarkhill.box.com/s/lutpniogd4e8ad2aq4275ao1rsrc257g

Best,

Kiefer Price
Analyst

**Hilco.**
Real Estate

5 Revere Drive - Suite 410
Northbrook, IL 60062
(d) 847.504.3221
(m) 330.221.4528
KPrice@hilcoglobal.com
www.hilcorealestate.com