DocuSign Envelope ID: 08120AA5-95D8-49AB-85B6-48FAA9AA4462

## VIRTUAL DATA ROOM ACCESS FORM

Access to the Virtual Data Room can be obtained by filling out this form and emailing it to Chet Evans at cevans@hilcoglobal.com or Adam Surkis at asurkis@hilcoglobal.com.

It is also available on the Hilco Real Estate website, www.HilcoRealEstate.com, and can be completed and signed via Docusign. Please call (855) 755-2300 with any questions.

**HILCO REAL ESTATE, LLC**
5 Revere Drive, Suite 410
Northbrook, IL 60062
(855) 755-2300      HilcoRealEstate.com

# 17 Multifamily Properties with 181 Units on Chicago's South Side (BHF Portfolio C)

**Mailing Address**

| | | | |
|---|---|---|---|
| Name | Anthony Hardy | Company | South Side Investors |
| Address | 1507 E 53rd #406 | City | Chicago |
| State | IL | Zip Code | 60615 |
| Telephone | 773-575-6082 | Email Address | Southsideinvestors@gmail.com |

**ACKNOWLEDGEMENT & DISCLAIMER**

The undersigned agrees to the following:

The undersigned states that they are requesting this information only for the purpose of evaluating the properties for possible purchase. The information contained in the Virtual Data Room is subject to inspection and verification by all parties relying on it to formulate a bid. No liability for its inaccuracy, errors, or omissions, are assumed by the Sellers, their representatives or Broker.

Signature(s): *Anthony Hardy* (DocuSigned by: 8EF30233758045F...)   Date: 10/12/2020