# Morse, Kevin H.

| | |
|---|---|
| **From:** | Ebony Lucas <noreply@box.com> |
| **Sent:** | Tuesday, October 20, 2020 10:04 PM |
| **To:** | Price, Kiefer |
| **Subject:** | Ebony Lucas has accepted the invitation to your 'Ernst' folder on Box |



Ebony Lucas accepted your invitation to:

**Ernst**
Collaborated Folder

**View Folder**

Get our app to view this on mobile

About Box • Privacy Policy • Edit Notification Settings • 900 Jefferson Avenue, Redwood City, CA 94063, USA

© 2020