# Morse, Kevin H.

| | |
|---|---|
| **From:** | Ebony Lucas <elucas@plgesq.com> |
| **Sent:** | Tuesday, November 3, 2020 4:06 PM |
| **To:** | Schreiber, Scott N.; Morse, Kevin H.; Poznansky, Chad M.; jkapp@mwe.com; Janes, Greg; chuck.king@cityofchicago.org; Azuse, Jeff; Rochford, Terence; arome@grglegal.com |
| **Cc:** | Price, Kiefer |
| **Subject:** | Portfolio Seventeen, LLC Bid for BHF Portfolio C |
| **Attachments:** | Portfolio Seventeen Contract.pdf; - Chicago Law Department110282020.pdf; Portfolio Seventeen Contract redlined.docx; Portfolio Seventeen Wire Chase.pdf; Fifth Third Wire Verification.pdf |

Please see attached.

--
Ebony Lucas
The Property Law Group, LLC
641 E. Pershing St., Ste. E
Chicago, IL 60653
Telephone (312) 672-2299

The Property Law Group, LLC may be considered a debt collector for the purposes of the Fair Debt Collections Act. Any information obtained may be used for that purpose.

This email is intended only for the individual(s) or entity(ies) designated above. You are hereby notified that any dissemination, distribution, copying, or use of or reliance upon the information contained in and transmitted with this e-mail by or to anyone is unauthorized and strictly prohibited. If you have received this e-mail in error, please notify The Property Law Group, LLC by telephone at (773) 268-4940 immediately. Any e-mail erroneously transmitted to you should be immediately deleted and/or erased.