# PORTFOLIO SEVENTEEN, LLC
# REQUEST FOR BID QUALIFICATION

# Executive summary

The principals of Portfolio Seventeen, LLC are Ebony Lucas, Bonita Harrison, and Sterling Howard.  Lucas is an attorney and has practiced real estate related matters for 16 years.  Howard has worked in real estate valuation and management with Jones Lang LaSalle before forming his real estate investment company.  Harrison is a licensed real estate broker and general contractor who has been featured in Crain's and recognized as a top developer with the Cook County Land Bank for her exemplary work on the south side of Chicago.

The team has combined experience of 38 years renovating and managing distressed properties in Chicago and Detroit. We have invested our own capital into all of our projects and this strategy keeps us committed to success and allows us to be patient in our approach to rebuilding the communities we invest in. We have directly invested in and currently hold units in the communities where the Portfolio C properties are located.  We continue to own and manage properties in these neighborhoods and work to ensure that these neighborhoods can offer safe, quality, affordable housing to families across the full spectrum of income levels.

We understand the key role that owner-occupied units play in a stable neighborhood by decreasing the number of vacant properties and reducing the transient nature of some rental properties.  As a result, we have reviewed Portfolio C and developed a blended strategy of creation of home ownership opportunities in addition to stabilization of rental properties.

Quality housing helps attract and retain long-term residents and helps keep neighborhoods safe and stable.  Solid construction and targeted renovations can provide homes that are low-maintenance and energy-efficient to reduce the costs over time and preserve affordable housing.  Portfolio Seventeen Investments, LLC possesses, the knowledge, values, and commitment to ensure the long- term success of the properties in Hilco Portfolio C.

1

# Why Portfolio Seventeen, LLC?

**Extensive technical *experience* with property rehabilitation and development**
With nearly 40 years of experience, the principals have acquired and renovated over 300 distressed and undervalued residential properties in Chicago and Detroit.  Portfolio Seventeen, LLC has 13 years of experience directly working with the City of Chicago Department of Buildings on redeveloping distressed properties, abating code violations, and stabilizing properties. As it stands today, the hold a rental portfolio with a net worth of $20mil.

**Dedicated *resources* with proven track record**
Over 20 years of residential and commercial real estate consulting, development, construction and property management experience.  Driven property management team, focused on providing an exemplary customer experience resulting in low turn-over.

**Demonstrated familiarity with *the portfolio neighborhoods* with a range of values and rehabilitation needs**
Our portfolio of highly impactful project work includes experience acquiring and renovating under-valued, distressed properties on the south side of Chicago.  6 year track record of purchasing multi- family buildings in receivership, stabilizing and renovating those properties, and offering purchase and rental opportunities.

**Diverse team with *backgrounds and experiences* that are especially valuable to maximize opportunities for success**
Internal and external capabilities, including extensive knowledge of the Chicago Residential Landlord and Tenant Ordinance, thorough understanding and experience with the City of Chicago Building codes, and distressed property management experience, that are especially valuable when working with the diverse needs of the properties in this portfolio.

2



PARTNER BIOS



# Bonita Harrison, Principal

Bonita Harrison holds both a Master and Bachelor's degree in Mathematics. She is the managing broker, property manager, and licensed general contractor of KBM Realty, Inc.  She employs 3 property managers to assist with management of her 68 property portfolio and numerous construction projects.  Harrison has been appointed by the courts as receiver on commercial properties.  She has purchased and rehabbed over 100 properties on the south side of Chicago in partnership with the Cook County Land Bank.

Harrison is knowledgeable about the City of Chicago Building Code and has obtained architectural plans, permits, and is intimately familiar with the City of Chicago inspections requirements.  Harrison has received the "Developer of the Year" and "Project of the Year Awards from the Cook County Land Bank.  Her work has also been highlighted in Crains Magazine.

Harrison is a proud Chicagoan, born and raised on the south side of Chicago and is dedicated to revitalizing distressed, outdated, and underperforming properties on the south side of Chicago. Bonita will be an integral part of construction and property management with Portfolio Seventeen, LLC.



# Sterling Howard, Principal

Sterling R. Howard, a University of Michigan Alumnus class of 2000, is the Managing Partner of Silver Capital Group an emerging real estate development firm founded in 2005. Under his leadership and vision Silver Capital Group is redefining urban living in Detroit.  Howard is actively participating in Detroit's revitalization.  More specifically, investing in inner city neighborhoods (Bagley, Pembroke, Grandmont-Rosedale, Boston Edison and East English Village), which are often overlooked and lack financial resources.   Despite this challenge, Silver Capital Group, LLC has quickly developed an established track record of acquiring and renovating distressed, abandoned or blighted single-family homes. These unattractive properties are repositioned and help to stabilize neighborhoods. Over the last 10 years Mr. Howard has rapidly expanded Silver Capital Group's single-family rental portfolio to include 135 homes.  Currently, Mr. Howard leads SCG's initiative to create more homeownership in Detroit by sourcing fix and flip properties to supply market demand.

Prior to forming Silver Capital Group, Mr. Howard served as Real Estate Consultant and Broker with Jones Lang LaSalle in both their Chicago and Detroit offices. During his employment with JLL, Mr. Howard provided real estate consulting and transaction services for Wayne County, City of Detroit, U.S. Army, Xerox and WM Wrigley.  Howard has significant knowledge and experience with construction management and finance.  He will be instrumental in Portfolio Seventeen, LLC's financial and project management.



# Ebony Lucas,
# Principal

Ebony Lucas is a graduate of University of Michigan Law School. In 2008, after working at corporate law firms for 4 years, Lucas left to work in public service, Lakeside Community Development Corporation, educating homeowners during the housing market downturn. It was there that Ebony saw the need to provide competent, affordable, legal services to distressed homeowners, and started her own law firm, The Property Law Group, LLC. Ebony has represented hundreds of property owners in housing code violation, landlord tenant, and condominium matters.

In 2007, Lucas purchased her first investment property in the Washington Park neighborhood.  Since then, she has purchased and rehabbed over 60 properties, beautifying and abating housing code violations in the Bronzeville, Washington Park, and Woodlawn communities.  Lucas currently manages 49 units.

Lucas is the board secretary for South Side Community Investors Association and a board member of Neighborhood Building Owners Alliance. Lucas is committed to improving properties on the south side and providing safe, affordable, high quality housing.  Lucas will provide legal and operational management services to Portfolio Seventeen, LLC.

# Company Snapshot

## Portfolio Seventeen Investments, LLC Team



**Finance**

Sterling Howard
Partner



**Construction/ Property Management**

Bonita Harrison
Partner



**Legal/ Compliance**

Ebony Lucas
Partner

### Independent Contractors

| Asset Management | Brokerage / Title | Construction / Architect | Property Management | Legal / Accounting |
|---|---|---|---|---|
| Sterling Howard | Citywide Title | Jerome Wade | KBM Realty, Inc. | Ebony Lucas, Esq |
| Ebony Lucas | Tiffany Taylor | BP Construction | Overflow Properties, LLC | Tracie Banks, Bookkeeping |
| | KBM Realty, Inc. | H&H Construction | Shelly Hines | Ron Archie, CPA |
| | | IR Design Firm | | |

## Portfolio Seventeen Investments Core Values

**Focus on renovating and stabilizing distressed properties**

**Provide housing opportunities for diverse markets including purchase and rental**

**Increase the value of undervalued neighborhoods by providing quality housing**

## Relevant Experience, Proven Process

**Portfolio Seventeen Investments, LLC is dedicated to bringing lasting improvements to distressed properties.**

- 40-years of experience acquiring and renovating under-valued, distressed properties on the South Side of Chicago.
- Proven experience working with contractors to renovate multiple properties and abate code violations in both vacant and occupied efficiently and with measured cost controls.
- Demonstrated ability to screen prospective tenants and lease available inventory to qualified market rate residents and non-profits administering housing vouchers.
- Demonstrated ability to abate City of Chicago housing code violations.
- Driven property management team, focused on providing an exemplary customer experience resulting in low turn-over.
- Extensive track record repositioning rental properties generating excellent cash flow with stable upside equity.

## Current Portfolio Highlights

- Size ..........................242 rental properties
- Net Cash Flow................$221,000 per month
- Portfolio Value..............$26.0 million
- Leverage.........................41% of total portfolio value (LTV)

7

# Construction Summary

Portfolio Seventeen, LLC has walked through all buildings in the portfolio and reviewed the code violations.   Though access was limited, our extensive investment, receivership, and property management experience allowed us to develop a conservative budget and realistic timeline for stabilization of the properties in the BHF Portfolio C.

During the first 3 months of ownership, we intend to address any immediate issues of health and safety. Upon receipt of permits, we will begin the process of construction, and to the extent possible, minimize intrusion on the current tenants.

We expect that with the permitting process, current material shortages, and any work stoppage delays due to pandemic related closures, it will take approximately 18 months to complete construction on the properties.   Our plan is to minimize the impact by working with multiple construction crews and addressing issues in those buildings that have the least violation first.

We are estimating an auction purchase sale of $9,500,000. Our conservative construction budget is approximately $5,500,000. We will use partner capital contributions and secured financing for the purchase and renovation of the properties. Portfolio Seventeen, LLC will work with the City of Chicago Department of buildings to further refine the scope of work.  Architectural plans and permits will be pulled as required by code and we will work with licensed contractors to complete the work.

8

PORTFOLIO SEVENTEEN, LLC
SCOPE OF WORK AND TIMELINE

| Building Address | Description | Construction Timeline from Permit Issuance | Scope of Work | Budget |
|---|---|---|---|---|
| 3656 S Indiana | 6 Unit Bronzeville Condominiums- 1- 3 bd, 1- 4 bd, 4- 5bd | 12-18 months | Full architectural plans and permits for complete interior demo and renovation, upgrade electrical, plumbing, HVAC, address structural issues. Units will be developed to condo quality. | $360,000 |
| 3652 S Indiana | 7 Unit Bronzeville Condominiums-1- 2 bd, 1- 3 bd, 5- 4 bd | 12-18 months | Full architectural plans and permits for complete interior demo and renovation, upgrade electrical, plumbing, HVAC, address structural issues. Units will be developed to condo quality. | $360,000 |
| 4956 S Michigan | 8 Unit Bronzeveille Rentals- 6- 3 bd, 2- 4 bd | 3-6 months | Architectural plans and permits to upgrade plumbing, electrical, kitchens, bathrooms, abate fire safety violations.  Upgrade and refresh to provide quality affordable Bronzeville rental units. | $312,000 |
| 5715 S Indiana | 8 Unit Washington Park Rentals 2- 2bd, 6- 3bd | 6-9 months | Obtain plans and permits for complete renovation of units- HVAC, plumbing, electric, framing, drywall throughout. Provide quality Bronzeville, new construction rental units. | $360,000 |
| 4952 S. Vincennes | 6 Unit Bronzeville Condominiums- 4- 3bd, 2- 4 bd units | 60-90 days | Paint, refinish rooftop decks, clean, test appliances. Prepare units for sale as condominiums. Current tenants will be provided with credit restoration, grant, and lender referrals and will have first right of refusal. | $60,000 |

9

**PORTFOLIO SEVENTEEN, LLC**

**SCOPE OF WORK AND TIMELINE**

| | | | | |
|---|---|---|---|---|
| 6900 S Michigan | 24 Unit Greater Grand Crossing Rentals- 2 bd units | 9-12 months | Obtain plans and permits to update plumbing and electrical, replace doors and windows, update units.  Units will be renovated as rentals. | $360,000 |
| 6605 S Greenwood | 6 Unit Woodlawn Rentals- 1-1 bd, 5-bd | 9-12 months | Obtain plans and permits to update plumbing, electric, HVAC throughout, repair copings, tuckpointing, plumbing, interior stairs, update units throughout. Units will be renovated as vintage Woodlawn rentals. | $370,000 |
| 6609 S Greenwood | 6 Unit Woodlawn Rentals- 3bd | 9-12 months | Obtain plans and permits for roof, masonry electrical, HVAC, plumbing to update kitchens and bathrooms throughout. Units will be renovated as vintage Woodlawn rentals. | $370,000 |
| 1418 E 67th | 6 Unit Grand Crossing Rentals- 4-2 bd, 2- 3 bd | 9-12 months | Plans, permits, and engineer report to address structural issues, fire separation, tuckpointing (mortar), smoke detectors, upgrade bathroom, kitchens, abate violations. Renovate units as Woodlawn rentals. | $234,000 |
| 6800 S Clyde | 18 Unit South Shore Rentals- 15- 2 bd, 3-3bd | 9-12 months | Abate fire safety and other violations, obtain plans and permits to update plumbing, electrical, kitchens, bathrooms, address possible structural issues. General maintenance and update to units and common areas. | $459,000 |
| 8100 S Evans | 12 Unit Chatham Rentals- 9- 1 bd, 3-2bd | 6-9 months | Abate violations, windows, lintels, masonry, update kichens and bathrooms, address unauthorized occupants and unsafe living conditions. | $426,000 |

10

**PORTFOLIO SEVENTEEN, LLC**

**SCOPE OF WORK AND TIMELINE**

| | | | | |
|---|---|---|---|---|
| 8056 Ellis | 12 Unit Chatham Rentals- 9-2 bd, 3-3bd | 6-9 months | Obtain plans and permits to abate violations, windows, lintels, masonry, update electrical, plumbing, kichens and bathrooms, address unauthorized occupants and unsafe living conditions. | $456,000 |
| 8200 S Evans | 22 Unit Chatham Rentals- 6- studio, 6-1 bd, 10- 2 bd | 6-9 months | Architectural plans and permits for updated electrical, plumbing , kitchens, bathrooms, windows, lintels, repair interior stairs, replace porch, update kichens and bathrooms. Units will be renovated as quality, affordable rentals. | $669,000 |
| 9032 S Dauphin | 8 Unit Chatham Rentals- 8- 2 bd | 3-6 months | Obtain plans and permits to repair roof, address fire separation violations in basement, tuckpointing, windows, lintels. Building is primarily occupied, general in unit and building maintenance and landscaping. | $137,500 |
| 734-36 E. 95th | 6 Unit Roseland Rentals- 6- 2 bd | 3-6 months | Obtain plans and permits to replace porch, repair roof, abate violations as identified by City of Chicago. Renovate damaged unoccupied units as rentals. | $158,000 |
| 9300 S Bishop | 19 Unit Washington Heights Rentals- 3-studio, 11- 1 bd, 5-2bd | 3-6 months | Plans and permits to address masonry, some windows, refresh units,  install emergency lighting, replace defective light fixtures in hallways.  Stabilize and create investment opporutnity. | $168,000 |
| 9942 S. Walden | 6 Unit Beverly Rentals- 1- 1bd, 5- 2 bd | 3-6 months | Address fire safety issues, other issues as determined. Building will remaing Beverly rentals. | $156,000 |
| **TOTAL BUDGET** | | | | **$5,415,500** |

11

# PROJECT FINANCE PLAN

The team has provided credit, financial, and collateral information and has secured financing commitments totaling $20mm from Renovo Financial and Continuum Capital which have been provided to the City of Chicago.  The financing covers acquisition and rehab costs.

Both lenders have reviewed and approved the credit and financials of Portfolio Seventeen, LLC.  The lenders have been informed of the requirement to close within 30 days of court approval of a successful bid, and they are ready, willing, and able to do so with no inspection or appraisal contingencies.

12



Continuum
Capital
Funding

1644 N. Honore Ave., Ste. 205, Chicago, IL 60622| phone: 312.620.1100 | fax: 866.218.0048 | info@ccfbridgeloans.com | www.ccfbridgeloans.com

October 27, 2020

To whom it may concern:

On behalf of Continuum Capital Funding, LLC, please accept this as verification that Portfolio Seventeen, LLC has access to $10,000,000.00 via a line of credit with our lending institution for the purpose of acquisition and renovation of properties.

Should you have any questions or concerns, please feel free to contact me directly.

Sincerely,

Brian Lignelli
Principal
Continuum Capital Funding LLC

13



## LETTER OF CREDIT

10/28/2020

To Whom It May Concern:

Borrower:
**PORTFOLIO SEVENTEEN LLC**

**PORTFOLIO SEVENTEEN LLC,** is approved borrowers with Renovo Financial up to $10mm. Final approval is subject to successful auction bid, verification of the number of buildings and addresses, and review of title.

Renovo Financial lends for the purchase and renovation of vacant, non-owner-occupied investment property. We are aware of the 30 day closing requirement and do not anticipate any issues with meeting this timeline.

For further information, please contact the Lending Associate listed below.

**Menia Johnson**
*Assistant Vice President – Lending*

(312) 279-7305
menia@renovofinancial.com

222 W Adams Street, Suite 3150, Chicago, IL 60607 | www.renovofinancial.com    14

# Resources

For each property, we will expend resources, both in terms of time and finances to conduct visits to the property, work with occupants residing on the property, address legal or regulatory issues on the property, and/or rehabilitate and invest in the property

| Scope and Capacity | | |
|---|---|---|
| **Financial resources available** | Portfolio Seventeen will fund acquisitions and renovations using partnership equity, private equity through Continuum Capital, and mortgage financing through Renovo Financial, and Chicago Community Loan Fund.  The portfolio has been divided amongst lenders based upon disposition strategy and to minimize cross- collaterizating properties.  Portfolio Seventeen has provided financial and credit information to the lenders and obtained a letter of intent for finance of the acquisition and construction phases. |
| **Staff/time resources available** | Portfolio Seventeen has a diverse and dedicated Team with a vast understanding of core real estate practices. Our Team is well equipped and prepared to commit the time required to manage the portfolio.  Moreover, we will add resources or partner with organization where applicable to bring best practices and efficiencies to assisting occupants. |
| **Partnerships to address tenant needs** | Portfolio Seventeen will partner with local churches, non-profit organizations, and real estate brokers to facilitate tenant relocation, as needed, and to provide resources for unauthorized occupants to avoid unsafe living conditions. |
| **Technology** | Portfolio Seventeen will utilize Propertyware as the tenant/ property management software.  The technology will provide an online 24- hour for tenants to make repair requests and to track the progress of building and day to day financial management.  We will utilize separate project management software to manage construction progress. |

15



# Tenant Protections

Tenant protections includes preservation of affordable housing, relocation from unsafe conditions, and communication with current tenants about immediate repairs and maintenance. Upon award of the properties, tenant protections will become our first priority.

Our tenant protection plan goes beyond the first 90 days of ownership. We will take the following steps to ensure that tenants are not displaced, where possible.

- Work collaboratively with current property managers to identify current tenants/ occupants and contact them regarding the change in ownership;
- Conduct an individualized assessment of all occupied units to negotiate lease terms to prevent as little displacement as possible. If any occupants are unable to lease the unit, we will provide relocation assistance;
- Introduce the Propertyware software and systems for maintenance requests and payments;
- Identify and address any immediate maintenance requests/ safety concerns, including, but not limited to common hallway lighting, fire extinguishers, and emergency lighting;
- Determine if any tenants will need to be relocated due to immediate dangerous and hazardous conditions;
- Provide credit restoration and other community resources to tenants who may need to be relocated in the future due to repairs/ renovations;
- Identify alternative units via Neighborhood Building Owners Association, South Side Community Investors Association, and Southside Builders Association as options for relocation for tenants;
- In cases where a move is necessary in less than 90 days, provide financial and/or other relocation assistance to mitigate tenant inconvenience and avoid homelessness.

16

Submitted By:
Portfolio Seventeen, LLC

_Ebony Dawn Lucas_
Signed

Ebony Lucas
Printed Name

Member
Title

elucas@plgesq.com
Email

Accepted By:

_signature_
Signed

Greg James
Printed Name

City of Chicago ACC
Title

gjames @ cityofchicago.org
Email