## Morse, Kevin H.

| | |
|---|---|
| **From:** | Morse, Kevin H. |
| **Sent:** | Wednesday, November 4, 2020 10:17 AM |
| **To:** | 'Ebony Lucas'; showard@silvercapitalgroupllc.com |
| **Cc:** | 'Azuse, Jeff'; 'Evans, Chet'; Rochford, Terence; Andrew Belew; jkapp@mwe.com; Greg Janes (Greg.Janes@cityofchicago.org); Suzanne Hilal; chuck.king@cityofchicago.org; arome@grglegal.com; Steve Rappin; Poznansky, Chad M.; Schreiber, Scott N. |
| **Subject:** | In re BHF Chicago Housing Group C LLC (Ernst) (Case No. 20-16567) - Notice of Qualified Bid // Auction |
| **Attachments:** | BHF C (Ernst) - Notice of Qualified Bid.pdf |

To Portfolio Seventeen, LLC:

Attached please find the notice of auction and invitation to participate in the auction for the assets of BHF Chicago Housing Group C LLC (Ernst) as a qualified bidder. Please note that due to COVID-19 restrictions you are limited to a total of three (3) representatives/professionals to attend the auction in-person. Additionally, the bidding will begin at $5,000,000.

Please contact Jeff Azuse (JAzuse@hilcoglobal.com) or myself if you have any questions.

Thank you.

**Kevin H. Morse**



130 E. Randolph Street | Chicago, IL 60601
312.985.5556 (Direct) | 312.517.7593 (Fax) |
kmorse@ClarkHill.com | www.clarkhill.com

*Austin ▪ Birmingham ▪ Chicago ▪ Dallas ▪ Detroit ▪ Dublin, Ireland ▪ Grand Rapids ▪ Houston ▪ Lansing ▪*
*Las Vegas ▪ Los Angeles ▪ Mexico City, Mexico ▪ Morgantown ▪ New York ▪ Philadelphia ▪ Phoenix ▪ Pittsburgh*
*Princeton ▪ San Antonio ▪ San Diego ▪ San Francisco ▪ Scottsdale ▪ Washington, DC ▪ Wilmington*

**Personal and Confidential**

November 4, 2020

RE: BHF Chicago Housing Group C LLC (Ernst) – Portfolio C Properties

Dear Prospective Bidder:

On behalf of BHF Chicago Housing Group C LLC (Icarus) (the "**Debtor**"), as debtor and debtor in possession in the chapter 11 case *In re BHF Chicago Housing Group C LLC (Ernst)*, Case. No. 20-16567, pending before the United States Bankruptcy Court for the Northern District of Illinois (the "**Bankruptcy Court**"), we would like to thank you for your interest in purchasing assets of the Debtor.

In connection with the sale of the Debtor's property pursuant to the bidding procedures approved by the Bankruptcy Court, the Debtor received qualifying bids and indications of interests for the purchase of the properties attached hereto on **Exhibit A** (the "**Properties**"). The Debtor is now proceeding with the sale of the Properties **and inviting you to participate in the auction as a qualified bidder**.

**The ultimate sale of the Property is subject to approval of the Bankruptcy Court pursuant to sections 363 and 365 of the Bankruptcy Code.**

**Auction Details**

The auction will be held on **November 5, 2020 at 10:00 a.m. (Central Time)**, at the Hyatt Regency Chicago, 151 East Wacker, Chicago IL, Grand Ballroom AB, East Tower, Ballroom Level. Only a Qualified Bidder will be eligible to participate at the Auction, subject to such limitations as the Debtor may impose in good faith.

***Due to restrictions on the number of people allowed to gather due to COVID-19, each bidder will be <u>limited to a total of three (3) professionals and/or other representatives</u> to attend the Auction in-person. The Debtor, Hilco and Secured Creditor will be permitted to attend and observe the Auction. Masks are required to be worn throughout the ballroom and during the Auction, each qualifying buyer group will be assigned a round table which will be spaced away from other buyer groups.***

You may also attend the auction remotely via Zoom, the Zoom details are below. Please let us know whether you plan to attend the auction in person or via Zoom by the end of the day Wednesday, November 4, 2020, please email jazuse@hilcoglobal.com and kmorse@clarkhill.com.

Join Zoom Meeting
https://us02web.zoom.us/j/87945770378?pwd=SUt3M2hqMHRacUpWOXZTcktCeGJNdz09
Meeting ID: 879 4577 0378
Passcode: 248221
One tap mobile
+13126266799,,87945770378#,,,,,,0#,,248221#

261194005.v1

At the Auction, the bidding will only be for the Properties as a whole portfolio at the highest qualifying offer received and will proceed thereafter in increments of no less than $25,000.

Prior to the conclusion of an Auction, the Debtor and Hilco, in consultation with the City of Chicago and Bond Trustee, will: (A) review and evaluate each bid made at the Auction on the basis of financial and contractual terms and other factors relevant to the sale process, including those factors affecting the speed and certainty of consummating a sale transaction; (B) determine the highest or best bid (a "**Successful Bid**"); (C) determine which Qualified Bid is the next highest or best bid from the Auction (the "**Back-Up Bid**"); and (D) notify all Qualified Bidders participating in the Auction, prior to its conclusion, the successful bidder for the Auction (the "**Successful Bidder**"), the amount and other material terms of the Successful Bid and the identity of the party that submitted the Back-Up Bid for the Auction (the "**Back-Up Bidder**").  ***Please see additional considerations in the determination of the "highest and best" bid attached hereto on Exhibit B.***

The Successful Bidder and the Back-Up Bidder shall, within one (1) business day after the close of the Auction, submit to the Debtor and Hilco fully executed revised documentation memorializing the terms of the Successful Bid and the Back-Up Bid. Promptly following the submission of such documentation, the Debtor and Hilco shall file with the Bankruptcy Court notice of the Successful Bid and Successful Bidder. The Successful Bid may not be assigned to any party without the consent of the Debtor and Secured Creditor.

***In accordance with the bidding procedures, the Debtor and Hilco reserves the right to extend any of the deadlines or waive any of the foregoing requirements in its sole and exclusive discretion.***

**Contact**

If you have any questions regarding the foregoing or need assistance in accessing the auction, either in-person or virtually, please contact Hilco Real Estate LLC or Debtor's counsel at:

| | |
|---|---|
| Jeff Azuse | Kevin H. Morse |
| JAzuse@hilcoglobal.com | kmorse@clarkhill.com |
| Office:  847-418-2703 | Office:  312-985-5556 |
| Cell:    773-456-5032 | Cell:    773-710-4924 |

We look forward to working with you.

Sincerely,

Hilco Real Estate LLC and
Clark Hill PLC,
on behalf of the Debtor

2

261194005.v1

# Exhibit A

# EXHIBIT A

## LIST OF PROPERTIES

| Address | PINS |
| --- | --- |
| 63-73 E. 69th St., 6900-6908 S. Michigan Ave, Chicago, IL 60637 | 20-22-313-023-0000 |
| 444- 46 E. 50th St, 4952-56 S. Vincennes Ave, Chicago, IL 60615 | 20-10-216-042-0000 |
| 734-36 E. 95th St, Chicago, IL 60619 | 25-03-433-021-0000 |
| 1418-20 E. 67th Place, Chicago, IL 60637 | 20-23-402-010-0000 |
| 3652-3654 Indiana Ave, Chicago, IL 60653 | 17-34-308-024-0000, 17-34-308-025-0000 |
| 3656-3658 S. Indiana Ave, Chicago, IL 60653 | 17-34-308-026-0000 |
| 4956-4958 S. Michigan Ave, Chicago, IL 60615 | 20-10-113-037-0000 |
| 5715-5717 S. Indiana Ave, Chicago, IL 60637 | 20-15-116-003-0000 |
| 6605-6607 Greenwood Ave, Chicago, IL 60637 | 20-23-125-002-0000 |
| 6609-6611 Greenwood Ave, Chicago, IL 60637 | 20-23-125-002-0000 |
| 6800-02 S. Clyde Ave, Chicago, IL 60649 | 20-24-408-013-0000 |
| 8056 S. Ellis Ave, Chicago, IL 60619 | 20-35-110-027-0000 |
| 8100 S. Evans Ave, Chicago, IL 60619 | 20-34-222-018-0000 |
| 8200 S. Evans Ave, Chicago, IL 60619 | 20-34-230-014-0000 |
| 9032-34 S. Dauphin Ave, Chicago, IL 60619 | 25-02-112-015-0000 |
| 9300 S. Bishop St, Chicago, IL 60620 | 25-05-318-018-0000 |
| 9942 S. Walden Pkwy, Chicago, IL 60643 | 25-07-402-020-0000 |

# Exhibit B

**Qualified Bidder Auction Announcement – Determination of Winning Bidder at the Conclusion of the Auction:**

Qualified Bidders who participate in the BHF Chicago Housing Group C LLC Auction are being notified of a material consideration as to how the winning bidder may be determined under specific circumstances at the Auction. The Stalking Horse Bidder, PRE Holdings 15, LLC, is a Qualified Bidder invited to participate in the Auction. The Stalking Horse Bidder is also entitled to certain Bid Protections, if it is not the winning bidder, equal to three percent (3%) of the Stalking Horse Bid, plus documented expenses up to $100,000, for a total Bid Protection of $235,000. Due to the Bid Protections, following the conclusion of active bidding and if the Stalking Horse Bidder is in contention for the highest bid (e.g., the second or third highest bid), the Debtor, in consultation with the Trustee and City of Chicago, may need to evaluate whether the highest bid provides more value to the estate when the Bid Protections are calculated into the highest bid. The highest bidder may be required at the Auction to increase its high bid to provide at least $25,000 more value to the estate when the Bid Protections are considered. If the high bidder chooses not to increase its offer to cover the Bid Protection difference, the winning bid may be awarded to the next highest bidder willing to cover the Bid Protection difference or the Stalking Horse Bidder, if it would provide more value to the estate.

261142107.v2