

# Transcript of **Bankruptcy Auction**

Thursday, November 5, 2020

*In re: BHF Chicago Housing Group C, LLC (Ernst)*

www.trustpoint.one
www.aldersonreporting.com
800.FOR.DEPO (800.367.3376)
Scheduling@Trustpoint.One

Reference Number: 96721

```
   01

1            IN THE UNITED STATES BANKRUPTCY COURT

2           FOR THE NORTHERN DISTRICT OF ILLINOIS

3                       EASTERN DIVISION

4

5                           IN RE:

6       BHF CHICAGO HOUSING GROUP C, LLC (ERNST)

7                    Case No. 20-16567

8

9                    PORTFOLIO C PROPERTIES

10              CHAPTER 11 BANKRUPTCY AUCTION

11

12              Thursday, November 5, 2020

13                     10:07 a.m. CST

14                   Hybrid Zoom Meeting

15

16

17

18

19                  Hyatt Regency Chicago

20     Grand Ballroom AB, East Tower, Ballroom Level

21                     151 East Wacker

22                 Chicago, Illinois  60601
```

Trustpoint.One | Alderson.
www.trustpoint.one
www.aldersonreporting.com
800.FOR.DEPO
(800.367.3376)

```
 1                    P R O C E E D I N G S
 2           MR. AZUSE:  All right.  I think we'll get
 3   things going.  It's about 10:07 a.m., November 5th.
 4   We are at the Hyatt Regency Chicago for the BHF
 5   Portfolio C, Portfolio C auction.
 6           I am Jeff Azuse with Hilco Real Estate, and we
 7   have all five qualified bidders here in the room and
 8   via Zoom.  And all of the bidders that are here have
 9   qualified and are approved bidders for this sale.
10           One of the groups, Saybrook and McLaurin, their
11   bidding group is on Zoom.  So all of their bidding
12   will be through their group on Zoom.  They do have
13   representatives here in the room, but the bidding
14   will be done with their team via Zoom.
15           The rest of the groups I'm told are going to be
16   doing their bidding from the groups here in the
17   room.  If that changes in any way, let me know
18   because it will impact how Kiefer with Hilco Real
19   Estate is monitoring the Zoom meeting.
20           You all received your auction announcement
21   letter yesterday.  Per the Exhibit B of that letter,
22   there was a clarification at the end of the auction
```

1    how the winning bidder may be determined, and it's

2    obviously going to come down to who the winning

3    bidder is and who the backup, potential backup

4    bidder is.  And that clarification takes into

5    consideration that the stalking horse Pangea has a

6    break-up fee that needs to be considered by all the

7    parties of interest in this case and the sale.  So

8    at the conclusion of the bidding, we'll regroup and

9    make a determination on who the winning bidder is,

10   and it might not be immediate, but there may be some

11   discussions after the conclusion of bidding.

12          With that said, I'll check in with Kiefer --

13          SAYBROOK:  Can we ask a question?

14          MR. AZUSE:  -- to make sure everyone is on

15   Zoom, just give him a thumbs-up that you guys are

16   good to go.

17          SAYBROOK:  Can we ask a question?

18          MR. PRICE:  Yes.

19          SAYBROOK:  I don't understand what you're

20   saying about the stalking horse bid and the break-up

21   fee because that's generally -- or in the previous

22   auctions was deducted from proceeds.  Is that any

Trustpoint.One | Alderson    www.trustpoint.one
www.aldersonreporting.com    800.FOR.DEPO
(800.367.3376)

1  different now?

2  MR. PRICE: Saybrook has a question on the

3  break-up fee, that it was usually taken from

4  proceeds of the last sale, but is it different now?

5  MR. AZUSE: Where the break-up fee is being

6  taken from is the same, but the calculation is --

7  I'll use an example. If the winning bidder is not

8  Pangea -- just use this as an example -- and the

9  winning bidder is only $25,000 above them, the value

10 for the estate, when you take into consideration the

11 break-up fee, is higher if they awarded the bid to

12 Pangea.

13 So what it may come down to, if you're the

14 winning bidder and you're $50,000 above Pangea, you

15 might be asked to increase your offer enough to make

16 up that difference or Pangea will also be given the

17 opportunity again, opportunity to go above that if

18 they so choose. So that's -- I'm just using that as

19 an example. That's maybe not going to happen, but

20 there will be some discussion at the conclusion of

21 bidding as to the bidder that provides the highest

22 value to the estate.

Trustpoint.One | Alderson.    www.trustpoint.one
www.aldersonreporting.com    800.FOR.DEPO
(800.367.3376)

1    We won't know the answer to that, and we won't

2    know how it's all going to play out until the end.

3    So with that said, Saybrook, does that answer your

4    question?

5         SAYBROOK:  To an extent.  But didn't the

6    minimum bid already incorporate the addition of the

7    break-up fee?

8         MR. PRICE:  Didn't the minimum bid incorporate

9    the break-up fee?

10        MR. AZUSE:  No.

11        MR. PRICE:  No.

12        SAYBROOK:  Okay.  So how do you get to the

13   $4,800,000 minimum bid amount?

14        MALE SPEAKER:  Is the fee in addition for

15   Pangea -- if Pangea is the final bidder or only in

16   addition to the initial stalking horse bid?

17        MR. AZUSE:  Their break-up fee is calculated

18   off their initial stalking horse bid.

19        MALE SPEAKER:  Okay.  So if they're the final

20   bidder of that, then we wouldn't --

21        MR. AZUSE:  Correct.

22        MR. PRICE:  And then, Saybrook, your question

```
 1    was how did we get to the $4,800,000?
 2            SAYBROOK:  Correct.
 3            MR. AZUSE:  The opening bid is $5,000,000.
 4    I'll announce that.  The opening bid is going to be
 5    $5,000,000.  That is the highest qualifying bid that
 6    we got from Longwood Development.
 7            So when we start the auction here shortly,
 8    we're going to open the auction at $5,000,000, which
 9    is the highest qualifying bid that we received, and
10    then we're going to take bids above that.  Per the
11    bid procedures, it's a minimum of $25,000
12    increments.  That does not mean it's going to go in
13    $25,000 increments the whole way, but it's a
14    minimum.
15            That's the minimum increment, and we'll take
16    bids as they come in based on what the bidder is
17    stating or what I'm asking for.  And if you're, you
18    know, not accepting the bids that I'm asking for,
19    then you just need to tell me what your bid is and
20    it has to be a minimum of $25,000 above the previous
21    bid.
22            Any last-minute questions?  Kiefer?
```

Trustpoint.One | Alderson.
www.trustpoint.one
www.aldersonreporting.com
800.FOR.DEPO
(800.367.3376)

1    MR. PRICE:  No, we're all set.

2    MR. AZUSE:  We're all set?  All right.  With

3  that said, we'll get started.

4    ==Again, we are here.==  ==It's about -- now about==

5  ==10:15 a.m.==  ==We're going to start the bidding for BHF==

6  ==Portfolio C, and as I announced, the current opening==

7  ==bid is with Longwood, and it's $5,000,000.==  ==So I==

8  ==will ask the other qualifying bidders, do I have an==

9  ==overbid of $5,250,000?==  Do I have --

10    We have Pangea bidding $5,250,000.  Do I have

11  $5,500,000?

12    I have Ernst.  Ernst Development has bid

13  $5,500,000.  Do I have $5,750,000?

14    $5,750,000 from Pangea.  I have $5,750,000 from

15  Pangea.  I'm now looking for $6,000,000.

16  $6,000,000?  I am looking for $6,000,000.

17    We have $6,000,000 from Ernst Development.

18  Have $6,000,000 from Ernst Development.  I am now

19  looking for $6,250,000.

20    I have $6,250,000 from Pangea.  We are at

21  $6,250,000 from Pangea.  I'm looking for $6,500,000.

22    I have $6,500,000 from Ernst Development.

1   $6,500,000 from Ernst Development.  I am now asking

2   for $6,750,000.

3           I have $6,750,000 from Pangea.  $6,750,000 from

4   Pangea.  I'm going to slow down for a second.  I am

5   going to be asking for $7,000,000.

6           Kiefer, I just want to make sure everyone on

7   Zoom is okay and can hear me.  Thumbs up?  I'll try

8   to stay where I can be seen.  I'll try to stay in

9   that area.

10          We are asking for $7,000,000.  Pangea has the

11  bid at $6,750,000.

12          SAYBROOK:  $7,250,000.

13          MR. AZUSE:  I have $7,000,000 from

14  Portfolio 17.

15          MR. PRICE:  Saybrook --

16          MR. AZUSE:  I have $7,000,000 from Portfolio 17

17  in the room.  I'm now asking for $7,250,000.

18  $7,250,000?  I have $7,000,000 from --

19          MR. PRICE:  $7,250,000, Saybrook.

20          MR. AZUSE:  $7,250,000 from Saybrook/McLaurin

21  Development.  We have $7,250,000.  I'm now asking

22  for $7,500,000.  $7,500,000?

```
 1         We have $7,500,000 from Ernst Development.  We

 2    have $7,500,000 from Ernst Development.  Do I have

 3    $7,750,000?  $7,750,000?

 4         I am at $7,500,000 from Ernst Development.  I

 5    have $7,500,000 in the room with Ernst Development,

 6    and I'm looking for $7,750,000.  $7,750,000?

 7    $7,750,000?

 8         Kiefer, $7,750,000 from Saybrook?

 9         SAYBROOK:  Yeah.

10         MR. AZUSE:  And I have $7,750,000 from

11    Saybrook/McLaurin Development.  $7,750,000.  I'm

12    going to be asking for $8,000,000.  $8,000,000?

13         We're at $7,750,000.  We are at $7,750,000 with

14    Saybrook and looking for $8,000,000.  Looking for

15    $8,000,000.

16         Take a pause for a second.  We have $7,750,000

17    from Saybrook/McLaurin Development, and I am looking

18    for $8,000,000.

19         $8,000,000 from Ernst Development.  I have

20    $8,000,000 from Ernst Development.  Now looking for

21    $8,250,000.  $8,250,000?

22         I have $8,000,000 in the room from Ernst
```

```
 1     Development.  I am now looking for $8,250,000.

 2          SAYBROOK:  $8,250,000.

 3          MR. PRICE:  Jeff?  Saybrook, $8,250,000.

 4          MR. AZUSE:  $8,250,000 from Saybrook.  I have

 5     $8,250,000 from Saybrook.  Now looking for

 6     $8,500,000.  $8,500,000?

 7          I am at $8,250,000.  $8,250,000 with Saybrook,

 8     right, and I am looking for $8,500,000.  $8,500,000?

 9     I am looking for $8,500,000.

10          I have $8,500,000 from Ernst Development.  I

11     have $8,500,000.  Now looking for $8,750,000.

12     $8,750,000?

13          I have $8,500,000 here in the room, looking for

14     $8,750,000.  We have $8,500,000 in the room, looking

15     for --

16          SAYBROOK:  $8,750,000.  $8,750,000.

17          MR. PRICE:  $8,750,000, Saybrook.

18          MR. AZUSE:  $8,750,000 from Saybrook.  I have

19     $8,750,000.  Looking for $9,000,000.

20          I have $8,750,000.  $8,750,000 from Saybrook.

21     I am looking for $9,000,000.

22          All right.  I'm asking for $9,000,000.  We're
```

1    at $8,750,000 from Saybrook, looking for $9,000,000.

2    $8,750,000, looking for $9,000,000.

3         $8,750,000 is the current bid with Saybrook.

4    We are looking for $9,000,000, asking for

5    $9,000,000.  Asking for $9,000,000.  We're at

6    $8,750,000.  $8,750,000.

7         I will take a minute.  I'm going to get a quick

8    drink real quick.  We're at $8,750,000 with

9    Saybrook, looking for $9,000,000.

10        (Pause.)

11        MR. AZUSE:  We, again, are at $8,750,000.

12   $8,750,000 with Saybrook, and we're looking for

13   $9,000,000.  We'll pause for a second.

14        (Pause.)

15        MR. AZUSE:  We are at $8,750,000, and I am

16   going to ask for $8,850,000.  We're at $8,750,000.

17   I'm going to ask for $8,850,000.  $8,850,000?

18        We're at $8,750,000.  We'll pause on the call

19   to check in.  We're at $8,750,000 from Saybrook, and

20   we're going to be asking for $8,850,000.

21        (Pause.)

22        MR. AZUSE:  I'll wait one more minute for those

```
 1    that can hear me.  Is that all right?  We'll give

 2    one more minute, and then we'll get back on.  We're

 3    at $8,750,000 with Saybrook/McLaurin Development.

 4         (Pause.)

 5         MR. AZUSE:  All right.  We are at -- again,

 6    we're at $8,750,000.  Lowering the increment to

 7    $8,850,000, asking for $8,850,000.

 8         $8,750,000 with Saybrook, and I'm asking for

 9    $8,850,000.  $8,850,000?  $8,850,000?

10         $8,750,000 with Saybrook.  $8,850,000?

11    $8,850,000?

12         All right.  We'll try to do this a little

13    slower.  How about $8,800,000?  $8,800,000?

14    $8,800,000?

15         We are at $8,750,000.  $8,750,000.  And I will

16    take $8,800,000.  $8,800,000?

17         We're at $8,750,000 with Saybrook.  $8,750,000,

18    asking for $8,800,000.  $8,800,000?  Do I have

19    $8,800,000?

20         $8,750,000 with Saybrook.  I am looking for

21    $8,800,000.  $8,800,000?

22         I'll go to the minimum, $8,775,000.  $8,775,000
```

1   is the minimum bid increment.  We are at $8,750,000,

2   and I am asking for $8,775,000.  $8,775,000 is the

3   ask.  That's the lowest increment per the bid

4   procedures.

5          I am at $8,750,000 with Saybrook.  The backup

6   to the high of $8,750,000 was Ernst at $8,500,000.

7   I am at $8,750,000.  Now I'm asking for $8,775,000.

8   $8,775,000?  $8,775,000?

9          I'm going to pause.  If we don't have anyone

10  who can bid $8,775,000, I'm going to pause and talk

11  with the groups, interested parties in this case,

12  and we'll come back.

13         But I'm going to do one more shot.  $8,775,000?

14  We're at $8,750,000 with Saybrook, and we're looking

15  for $8,775,000.  $8,775,000?  $8,775,000, anyone in

16  the room?

17         (No response.)

18         MR. AZUSE:  All right.  We're going to pause

19  for a second.

20         (Pause.)

21         MR. AZUSE:  All right.  Thanks, everybody.

22         We, again, are at $8,750,000 with Saybrook.

Trustpoint.One | Alderson   www.trustpoint.one
www.aldersonreporting.com   800.FOR.DEPO
(800.367.3376)

```
 1      $8,750,000.  And I'm going to give it one more shot
 2      for $8,775,000.  $8,775,000?  $8,775,000?
 3              Going once, going twice, and I'm not going to
 4      say who won because it's not official with the
 5      bankruptcy and everything going on.  But $8,750,000
 6      is the high bid at the auction with Saybrook/
 7      McLaurin Development, and we're going to end the
 8      bidding.
 9              And thanks, everybody.  Ernst Development is
10      the backup bidder.  Their last bid was $8,500,000,
11      and then Saybrook bid $8,750,000, and we've been
12      asking for $8,775,000 and have not been able to get
13      that.  So we are going to end the bidding.
14              Thanks, everybody, for coming.  Thank you for
15      all your time and consideration, and that will
16      conclude the bidding for BHF Portfolio C.
17              It is about 10 -- almost 10:30 a.m.,
18      November 5th.  Thank you.
19              (Whereupon, at 10:27 a.m. CST, the auction was
20      concluded.)
21
22
```

## Reporters Certificate

I, Christine Allen have taken these proceedings and thereafter reduced it to this typewritten transcript under my supervision; that said transcript is a true record of the testimony; that I am neither counsel for, related to, nor employed by any of the partied to the proceeding; and further, that I am not a relative or an employee of any attorney or counsel employed by the parties thereto, or financially or otherwise interested in the outcome of the proceeding, or any action involved therewith.

Witness my signature and seal:

*[signature]*

Christine Allen

**WORD INDEX**

**< $ >**
**$25,000** 4:9 6:11, 13, 20
**$4,800,000** 5:13 6:1
**$5,000,000** 6:3, 5, 8 7:7
**$5,250,000** 7:9, 10
**$5,500,000** 7:11, 13
**$5,750,000** 7:13, 14
**$50,000** 4:14
**$6,000,000** 7:15, 16, 17, 18
**$6,250,000** 7:19, 20, 21
**$6,500,000** 7:21, 22 8:1
**$6,750,000** 8:2, 3, 11
**$7,000,000** 8:5, 10, 13, 16, 18
**$7,250,000** 8:12, 17, 18, 19, 20, 21
**$7,500,000** 8:22 9:1, 2, 4, 5
**$7,750,000** 9:3, 6, 7, 8, 10, 11, 13, 16
**$8,000,000** 9:12, 14, 15, 18, 19, 20, 22
**$8,250,000** 9:21 10:1, 2, 3, 4, 5, 7
**$8,500,000** 10:6, 8, 9, 10, 11, 13, 14 13:6 14:10
**$8,750,000** 10:11, 12, 14, 16, 17, 18, 19, 20 11:1, 2, 3, 6, 8, 11, 12, 15, 16, 18, 19 12:3, 6, 8, 10, 15, 17, 20 13:1, 5, 6, 7, 14, 22 14:1, 5, 11
**$8,775,000** 12:22 13:2, 7, 8, 10, 13, 15 14:2, 12
**$8,800,000** 12:13, 14, 16, 18, 19, 21
**$8,850,000** 11:16, 17, 20 12:7, 9, 10, 11
**$9,000,000** 10:19, 21, 22 11:1, 2, 4, 5, 9, 13

**< 0 >**
**01** 1:1

**< 1 >**
**10** 14:17
**10:07** 1:13 2:3
**10:15** 7:5
**10:27** 14:19
**10:30** 14:17
**11** 1:10
**151** 1:21
**17** 8:14, 16

**< 2 >**
**20-16567** 1:7
**2020** 1:12

**< 5 >**
**5** 1:12
**5th** 2:3 14:18

**< 6 >**
**60601** 1:22

**< A >**
**a.m** 1:13 2:3 7:5 14:17, 19
**AB** 1:20
**able** 14:12
**accepting** 6:18
**addition** 5:6, 14, 16
**amount** 5:13
**announce** 6:4
**announced** 7:6
**announcement** 2:20
**answer** 5:1, 3
**approved** 2:9
**area** 8:9
**asked** 4:15
**asking** 6:17, 18 8:1, 5, 10, 17, 21 9:12 10:22 11:4, 5, 20 12:7, 8, 18 13:2, 7 14:12
**AUCTION** 1:10 2:5, 20, 22 6:7, 8 14:6, 19
**auctions** 3:22
**awarded** 4:11
**AZUSE** 2:2, 6 3:14 4:5 5:10, 17, 21 6:3 7:2 8:13, 16, 20 9:10 10:4, 18 11:11, 15, 22 12:5 13:18, 21

**< B >**
**back** 12:2 13:12
**backup** 3:3 13:5 14:10
**Ballroom** 1:20
**BANKRUPTCY** 1:1, 10 14:5
**based** 6:16
**BHF** 1:6 2:4 7:5 14:16
**bid** 3:20 4:11 5:6, 8, 13, 16, 18 6:3, 4, 5, 9, 11, 19, 21 7:7, 12 8:11 11:3 13:1, 3, 10 14:6, 10, 11
**bidder** 3:1, 3, 4, 9 4:7, 9, 14, 21 5:15, 20 6:16 14:10
**bidders** 2:7, 8, 9 7:8
**bidding** 2:11, 13, 16 3:8, 11 4:21 7:5, 10 14:8, 13, 16
**bids** 6:10, 16, 18
**break-up** 3:6, 20 4:3, 5, 11 5:7, 9, 17

**< C >**
**calculated** 5:17
**calculation** 4:6
**call** 11:18
**Case** 1:7 3:7 13:11
**changes** 2:17
**CHAPTER** 1:10
**check** 3:12 11:19
**CHICAGO** 1:6, 19, 22 2:4
**choose** 4:18
**clarification** 2:22 3:4
**come** 3:2 4:13 6:16 13:12
**coming** 14:14
**conclude** 14:16
**concluded** 14:20
**conclusion** 3:8, 11 4:20
**consideration** 3:5 4:10 14:15
**considered** 3:6
**Correct** 5:21 6:2
**COURT** 1:1
**CST** 1:13 14:19
**current** 7:6 11:3

**< D >**
**deducted** 3:22
**determination** 3:9
**determined** 3:1
**Development** 6:6 7:12, 17, 18, 22 8:1, 21 9:1, 2, 4, 5, 11, 17, 19, 20 10:1, 10 12:3 14:7, 9
**difference** 4:16
**different** 4:1, 4
**discussion** 4:20
**discussions** 3:11
**DISTRICT** 1:2
**DIVISION** 1:3
**doing** 2:16
**drink** 11:8

**< E >**
**East** 1:20, 21
**EASTERN** 1:3
**ERNST** 1:6 7:12, 17, 18, 22 8:1 9:1, 2, 4, 5, 19, 20, 22 10:10 13:6 14:9
**Estate** 2:6, 19 4:10, 22
**everybody** 13:21 14:9, 14
**example** 4:7, 8, 19
**Exhibit** 2:21
**extent** 5:5

**< F >**
**fee** 3:6, 21 4:3, 5, 11 5:7, 9, 14, 17
**final** 5:15, 19
**five** 2:7

**< G >**
**generally** 3:21
**give** 3:15 12:1 14:1
**given** 4:16
**go** 3:16 4:17 6:12 12:22
**going** 2:3, 15 3:2 4:19 5:2 6:4, 8, 10, 12 7:5 8:4, 5 9:12 11:7, 16, 17, 20 13:9, 10, 13, 18 14:1, 3, 5, 7, 13
**good** 3:16
**Grand** 1:20
**GROUP** 1:6 2:11, 12
**groups** 2:10, 15, 16 13:11
**guys** 3:15

**< H >**
**happen** 4:19
**hear** 8:7 12:1
**high** 13:6 14:6
**higher** 4:11
**highest** 4:21 6:5, 9
**Hilco** 2:6, 18
**horse** 3:5, 20 5:16, 18
**HOUSING** 1:6
**Hyatt** 1:19 2:4
**Hybrid** 1:14

**< I >**
**ILLINOIS** 1:2, 22
**immediate** 3:10
**impact** 2:18
**incorporate** 5:6, 8
**increase** 4:15
**increment** 6:15 12:6 13:1, 3
**increments** 6:12, 13
**initial** 5:16, 18
**interest** 3:7
**interested** 13:11

**< J >**
**Jeff** 2:6 10:3

**< K >**
**Kiefer** 2:18 3:12 6:22 8:6 9:8
**know** 2:17 5:1, 2 6:18

**< L >**
**last-minute** 6:22
**letter** 2:21
**Level** 1:20
**little** 12:12
**LLC** 1:6
**Longwood** 6:6 7:7
**looking** 7:15, 16, 19, 21 9:6, 14, 17, 20 10:1, 5, 8, 9, 11, 13, 14, 19, 21 11:1, 2, 4, 9, 12 12:20 13:14
**Lowering** 12:6
**lowest** 13:3

**< M >**
**MALE** 5:14, 19
**McLaurin** 2:10 14:7
**mean** 6:12
**Meeting** 1:14 2:19
**minimum** 5:6, 8, 13 6:11, 14, 15, 20 12:22 13:1
**minute** 11:7, 22 12:2
**monitoring** 2:19

**< N >**
**need** 6:19
**needs** 3:6
**NORTHERN** 1:2
**November** 1:12 2:3 14:18

**< O >**
**obviously** 3:2
**offer** 4:15

www.trustpoint.one
www.aldersonreporting.com
800.FOR.DEPO
(800.367.3376)

official  14:*4*
Okay  5:*12*, *19*  8:*7*
once  14:*3*
open  6:*8*
opening  6:*3*, *4*  7:*6*
opportunity  4:*17*
overbid  7:*9*

< P >
Pangea  3:*5*  4:*8*, *12*, *14*, *16*  5:*15*  7:*10*, *14*, *15*, *20*, *21*  8:*3*, *4*, *10*
parties  3:*7*  13:*11*
pause  9:*16*  11:*10*, *13*, *14*, *18*, *21*  12:*4*  13:*9*, *10*, *18*, *20*
play  5:*2*
PORTFOLIO  1:*9*  2:*5*  7:*6*  8:*14*, *16*  14:*16*
potential  3:*3*
previous  3:*21*  6:*20*
PRICE  3:*18*  4:*2*  5:*8*, *11*, *22*  7:*1*  8:*15*, *19*  10:*3*, *17*
procedures  6:*11*  13:*4*
proceeds  3:*22*  4:*4*
PROPERTIES  1:*9*
provides  4:*21*

< Q >
qualified  2:*7*, *9*
qualifying  6:*5*, *9*  7:*8*
question  3:*13*, *17*  4:*2*  5:*4*, *22*
questions  6:*22*
quick  11:*7*, *8*

< R >
Real  2:*6*, *18*  11:*8*
received  2:*20*  6:*9*
Regency  1:*19*  2:*4*
regroup  3:*8*
representatives  2:*13*
response  13:*17*
rest  2:*15*
right  2:*2*  7:*2*  10:*8*, *22*  12:*1*, *5*, *12*  13:*18*, *21*
room  2:*7*, *13*, *17*  8:*17*  9:*5*, *22*  10:*13*, *14*  13:*16*

< S >
sale  2:*9*  3:*7*  4:*4*
Saybrook  2:*10*  3:*13*, *17*, *19*  4:*2*

5:*3*, *5*, *12*, *22*  6:*2*  8:*12*, *15*, *19*  9:*8*, *9*, *14*  10:*2*, *3*, *4*, *5*, *7*, *16*, *17*, *18*, *20*  11:*1*, *3*, *9*, *12*, *19*  12:*8*, *10*, *17*, *20*  13:*5*, *14*, *22*  14:*6*, *11*

Saybrook/McLaurin  8:*20*  9:*11*, *17*  12:*3*
saying  3:*20*
second  8:*4*  9:*16*  11:*13*  13:*19*
seen  8:*8*
set  7:*1*, *2*
shortly  6:*7*
shot  13:*13*  14:*1*
slow  8:*4*
slower  12:*13*
SPEAKER  5:*14*, *19*
stalking  3:*5*, *20*  5:*16*, *18*
start  6:*7*  7:*5*
started  7:*3*
STATES  1:*1*
stating  6:*17*
stay  8:*8*
sure  3:*14*  8:*6*

< T >
take  4:*10*  6:*10*, *15*  9:*16*  11:*7*  12:*16*
taken  4:*3*, *6*
takes  3:*4*
talk  13:*10*
team  2:*14*
tell  6:*19*
Thank  14:*14*, *18*
Thanks  13:*21*  14:*9*, *14*
things  2:*3*
think  2:*2*
Thumbs  8:*7*
thumbs-up  3:*15*
Thursday  1:*12*
time  14:*15*
told  2:*15*
Tower  1:*20*
try  8:*7*, *8*  12:*12*
twice  14:*3*

< U >
understand  3:*19*
UNITED  1:*1*
use  4:*7*, *8*
usually  4:*3*

< V >
value  4:*9*, *22*

< W >
Wacker  1:*21*
wait  11:*22*
want  8:*6*
way  2:*17*  6:*13*
we're  6:*8*, *10*  7:*1*, *2*, *5*  9:*13*  10:*22*  11:*5*, *8*, *12*, *16*, *18*, *19*, *20*  12:*2*, *6*, *17*  13:*14*, *18*  14:*7*
we've  14:*11*
winning  3:*1*, *2*, *9*  4:*7*, *9*, *14*
won  14:*4*

< Y >
Yeah  9:*9*
yesterday  2:*21*

< Z >
Zoom  1:*14*  2:*8*, *11*, *12*, *14*, *19*  3:*15*  8:*7*

Trustpoint.One | Alderson.
www.trustpoint.one
www.aldersonreporting.com
800.FOR.DEPO
(800.367.3376)