# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| BHF CHICAGO HOUSING GROUP C LLC (ERNST) | ) | Case No. 20-16567 |
| | ) | |
| | ) | Hon. Jack B. Schmetterer |
| Debtor. | ) | |
| | ) | |

**SUPPLEMENTAL EXHIBIT TO REPLY IN SUPPORT OF ENTRY OF THE ORDER AUTHORIZING THE SALE OF THE PROPERTY OF THE DEBTOR FREE AND CLEAR OF ALL LIENS, CLAIMS AND INTERESTS TO THE SUCCESSFUL BIDDER AND GRANTING RELATED RELIEF**

BHF Chicago Housing Group C LLC (Ernst), debtor and debtor in possession (the "Debtor"), by and through its undersigned counsel, hereby files this *Supplemental Exhibit to Reply* (the "Reply") *in Support of Entry of the Order Authorizing the Sale of the Property of the Debtor Free and Clear of all Liens, Claims, and Interests to the Successful Bidder and Granting Related Relief* (the "Sale Order").

Dated: November 16, 2020

Respectfully submitted,

**BHF CHICAGO HOUSING GROUP C LLC (ERNST)**

By:   *Kevin H. Morse*   .
        One of Its Attorneys

Scott N. Schreiber (#06191042)
Kevin H. Morse (#06297244)
Samuel J. Tallman (#06322843)
CLARK HILL PLC
130 East Randolph Street | Suite 3900
Chicago, Illinois 60601
T: (312) 985-5595 | F: (312) 985-5984
sschreiber@clarkhill.com
kmorse@clarkhill.com
stallman@clarkhill.com

1



**PAT DOWELL**
ALDERMAN, 3RD WARD

5046 SOUTH STATE STREET
CHICAGO, ILLINOIS 60609
PHONE: 773-373-9273
FAX: 773-373-6852
E-MAIL: WARD03@CITYOFCHICAGO.ORG

CITY OF CHICAGO
CITY COUNCIL

COUNCIL CHAMBER
CITY HALL ROOM 200
121 NORTH LASALLE STREET
CHICAGO, ILLINOIS 60602
PHONE: 312-744-8734

**COMMITTEE MEMBERSHIPS**
BUDGET AND GOVERNMENT OPERATIONS
(CHAIRMAN)
AVIATION
COMMITTEES AND RULES
CONTRACT OVERSIGHT AND EQUITY
ENVIRONMENTAL PROTECTION
AND ENERGY
ETHICS AND GOVERNMENT OVERSIGHT
FINANCE
HOUSING AND REAL ESTATE
ZONING, LANDMARKS, AND
BUILDING STANDARDS
COUNCIL OFFICE OF FINANCIAL ANALYSIS

November 16, 2020

Honorable Judge Jack B. Schmetterer
US Bankruptcy Court
Northern District Illinois Eastern Division
219 S. Dearborn St., Chambers 600
Chicago, IL 60604

Re: Case No. 20-16567 BHF Housing Group C (LLC) (Ernst)

Judge Schmetterer,

I wrote a letter last week supporting Objection to the BHF Ernst Portfolio sale to Saybrook Fund Advisors, after further due diligence and fact finding I now understand that letter was based on incomplete information provided by the Objector.

Although Saybrook is a California based Private Equity Fund they were never a previous owner of any of the BHF assets nor do they have a history of poor performance with Acquisition, Construction, or Management of assets, particularly multi family, in Chicago. Therefore, it was incorrect to include Saybrook with my concern about other companies that participated in the BHF Bidding process across all portfolios.

Furthermore, the fact that Saybrook is in partnership with McLaurin Development Partners (MDP), a local minority owned real estate company with a stellar track record developing projects in our community and working with Aldermen and City of Chicago, demonstrates awareness and sensitivity to the issues previously highlighted. The Saybrook/MDP partnership alleviates my concerns about the new Owner having a vested interest in preserving and growing value in my Community, and significant local presence and relationships. MDP has a history of inclusionary processes that provide opportunities for local minority firms, and I expect those programmatic efforts to continue with the Saybrook/MDP successful acquisition of the BHF Ernst Portfolio (C).

Sincerely,

*Pat Dowell*

Pat Dowell
Alderman, 3rd Ward